IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


DANIEL T. HILLIKER                                                    PLAINTIFF


        v.                              CIVIL NO. 04-2166


JO ANNE B. BARNHART, Commissioner
Social Security Administration                                       DEFENDANT

## O R D E R

On this 1st day of May 2006, the court has before it for consideration

plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable

Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on

April 10, 2006, the court finds that the Magistrate's recommendations should be adopted *in toto*

and hereby awards plaintiff's attorney fees in the amount of $3,201.10, representing 21.90 hours

of work at a rate of $144.00 per hour and $47.50 in expenses. This amount shall be paid in

addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

        IT IS SO ORDERED.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 0 1 2006

CHRIS R. JOHNSON, CLERK

BY
        DEPUTY CLERK